FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

OCT 29 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Michael Halford )
)
)
*Plaintiff* )
v. )   Case Number: 3:14-CV-1228 JPG-PMF
Jerry Bowling And )                 (Clerk's Office will provide)
City of Vandalia )
)
)
*Defendant(s)* )

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

42 U.S.C. 1983

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 2816 Bear Creek Drive, Vandalia, Il 62471, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Jerry Bowling And City of Vandalia is employed as
(a)   (Name of First Defendant)
a Vandalia Police Detective
(b)   (Position/Title)

(10/2010)

with  the City of Vandalia
_____
(c)   (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✔] Yes  [ ] No

If your answer is YES, briefly explain:
He was a Detective for the Vandalia Police Department

Check one of the following:

[✔]  This defendant **personally participated** in causing my injury, and I want **money damages**.

[✔]  The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.  Defendant _____ is employed as
                  (Name of Second Defendant)

_____
(Position/Title)

with _____
      (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [ ] Yes  [ ] No

If you answer is YES, briefly explain:

Check one of the following:

[ ]  This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ]  The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.   Defendant _____ is employed as
                  (Name of Third Defendant)

   _____
                  (Position/Title)

   with _____
                  (Employer's Name and Address)

   At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☐ Yes  ☐ No

   If you answer is YES, briefly explain:

   Check one of the following:

   ☐   This defendant **personally participated** in causing my injury, and I want **money damages**.

   ☐   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

### III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☐ Yes ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

    Plaintiff(s):


    Defendant(s):


2. Case number:

3. Name of Judge to whom case was assigned:

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

I had planned my first Auction to sell my guns on Sunday October 12th, 2014. I had all my advertising paid for and in place.

On October 9th, 2014, the defendant came into my building located at 1504 Sunset Drive without a warrant and uninvited and asked me if I was planning to hold a gun auction.

When I told him I was planning to have an auction he said he was there to "shut me down" and prevent me from having an auction. He went on to tell me it was in violation of ATF laws and he had been instructed Josh Morrison, the States Attorney for Fayette County, that it was against the law to have such an auction.

He asked if all the guns were mine, and I replied they were. He then asked for my I.D. and I asked if he meant my F.O.I.D Card. He said no he wanted my driver's license at which time he proceeded to run a background check on me. When I asked why he felt a need to run the background check he replied and said: "I don't know you and wanted to see if you had a Federal Firearm's License." I told him I didn't want to carry on this discussion any longer and said I would cancel the sale per his order.

(10/2010)

**V. REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 5,500.00            .

Punitive damages in the amount of $ 2,000.00            .

An ordering requiring defendant(s) to:
not to prohibit me in the future from having an auction.

A declaration that:
I was not doing anything illegal and was protected by the US Constitution to possess and sell my guns if I complied with the laws governing such.

Other:

**VI. JURY DEMAND** (*check one box below*)

Plaintiff ◯does or ⦿ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 10-29-2014 *(signature)*
(date)

*(signature)*
Signature of Plaintiff

2816 Bear Creek Drive
Street Address

Michael Halford
Printed Name

Vadalia, Il 62471
City, State, Zip

(10/2010)